FILED
FEB 16 2022
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
SUPPRESSED

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) **4:22CR00091 HEA/DDN** |
| MICHAEL SIMMONS, | ) |
| Defendant. | ) |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about January 20, 2022, in St. Louis City, within the Eastern District of Missouri,

**MICHAEL SIMMONS,**

the defendant herein, knowingly possessed a firearm, knowing he had previously been convicted in a court of law of one or more crimes punishable by a term of imprisonment exceeding one year, and the firearm previously traveled in interstate or foreign commerce during or prior to being in defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL

_____
FOREPERSON

SAYLER A. FLEMING
United States Attorney

_____
CASSANDRA J. WIEMKEN, #91586(KY)
Assistant United States Attorney